AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Noonan, Jr., John T. | U.S. Court of Appeals, 9th | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Advisory Council, Transparency International |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/01/86 | University of California pension based on service |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 14

**Name of Person Reporting**

Noonan, Jr., John T.

**Date of Report**

08/13/2015

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Pension: University of California | $46,968.67 |
| 2. 2014 | Royalties: University of Notre Dame Du Lac | $117.17 |
| 3. 2014 | Royalties: University of California Los Angeles | $230.95 |
| 4. 2014 | Royalties: On-Demand Publ LLC | $22.30 |
| 5. 2014 | Royalties: Copyright Clearance Center | $79.67 |
| 6. 2014 | Royalties: LEG, Inc dba West Academic | $483.57 |
| 7. 2014 | Royalties: Amazon Digital Services, Inc | $83.04 |
| 8. 2014 | Nonemployee Compensation: Villanova University | $2,000.00 |
| 9. 2014 | Refund: California Franchise Tax Board | $2,203.00 |
| 10. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

2. _____

3. _____

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Checking #1 | A | Interest | M | T | | | | | |
| 2. Wells Fargo Market Rate #1 | A | Interest | M | T | | | | | |
| 3. Wells Fargo retirement CD's | B | Interest | K | T | | | | | |
| 4. Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 5. ****Schwab IRA #1 (H) | | | | | | | | | |
| 6. - Schwab U.S. Treasury Money Fund | | None | J | T | | | | | |
| 7. - PIMCO Total Return Institutional | A | Dividend | | | Sold | 09/30/14 | K | | |
| 8. - Fidelity Growth Company | D | Dividend | M | T | | | | | |
| 9. - Vanguard FTSE All-Wld ex-US Idx Admiral | B | Dividend | L | T | | | | | |
| 10. - IVA International I | D | Dividend | M | T | | | | | |
| 11. - Parametric Emerging Markets Fund | B | Dividend | L | T | | | | | |
| 12. - DoubleLine Total Return Bond I | B | Dividend | | | Sold | 12/23/14 | K | | |
| 13. - Metropolitan West Total Return Bond I | A | Dividend | K | T | Buy | 10/21/14 | K | | |
| 14. - Dreyfus/Standish Global Fixed Income I | B | Dividend | K | T | Buy | 09/08/14 | K | | |
| 15. - Dreyfus/Standish Global Fixed Income I | | | K | T | Buy (add'l) | 12/23/14 | J | | |
| 16. - Principal Diversified Real Asset Inst | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 17. ****Schwab IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - PIMCO Total Return Fund | A | Dividend | | | Sold | 09/30/14 | J | | |
| 19. - Fidelity Equity Income II | A | Dividend | J | T | | | | | |
| 20. - Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 21. Legacy Treasury Direct | B | Interest | K | T | | | | | |
| 22. ****Schwab #1 (H) | | | | | | | | | |
| 23. - Schwab U.S. Treasury Money Fund | | None | K | T | | | | | |
| 24. - PIMCO Total Return Institutional | B | Dividend | | | Buy (add'l) | 06/20/14 | K | | |
| 25. - PIMCO Total Return Institutional | | | | | Sold | 09/30/14 | M | | |
| 26. - Templeton Global Bond Adv | B | Dividend | | | Sold (part) | 01/21/14 | K | | |
| 27. - Templeton Global Bond Adv | | | | | Sold | 08/14/14 | L | B | |
| 28. - BEAM Inc. | A | Dividend | | | Sold | 05/01/14 | K | E | |
| 29. - Coca-Cola Common | B | Dividend | L | T | | | | | |
| 30. - Eli Lilly & Corporation | B | Dividend | K | T | | | | | |
| 31. - Fortune Brands Home & Security | A | Dividend | K | T | | | | | |
| 32. - General Mills | C | Dividend | L | T | | | | | |
| 33. - International Business Machines Common | B | Dividend | L | T | | | | | |
| 34. - JP Morgan Chase & Co Com | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Monsanto Co New Com | A | Dividend | K | T | | | | | |
| 36. - Pfizer Inc. | B | Dividend | L | T | | | | | |
| 37. - Procter & Gamble Co Common | C | Dividend | L | T | | | | | |
| 38. - BP Plc | B | Dividend | K | T | | | | | |
| 39. - Harbor International | C | Dividend | M | T | | | | | |
| 40. - IVA International I | C | Dividend | L | T | Buy (add'l) | 09/08/14 | K | | |
| 41. - Parametric Emerging Markets Fund | A | Dividend | K | T | Sold (part) | 06/20/14 | K | C | |
| 42. - JPMorgan Strategic Income Opps | B | Dividend | M | T | | | | | |
| 43. - Wasatch Long/Short | D | Dividend | M | T | Sold (part) | 06/20/14 | K | D | |
| 44. - DoubleLine Total Return Bond I | B | Dividend | | | Sold | 12/23/14 | K | | |
| 45. - Metropolitan West Total Return Bond I | A | Dividend | M | T | Buy | 10/21/14 | M | | |
| 46. - Dreyfus/Standish Global Fixed Income I | C | Dividend | L | T | Buy | 08/15/14 | L | | |
| 47. - MainStay High Yield Municipal Bond I | C | Dividend | L | T | Buy | 01/21/14 | L | | |
| 48. - Vanguard FTSE All-Wld ex-US Idx Admiral | B | Dividend | K | T | Buy | 06/01/14 | K | | |
| 49. **** Schwab #2 (H) | | | | | | | | | |
| 50. - Schwab Govt Money Fund | | None | K | T | | | | | |
| 51. - Alhambra California Muni | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Brea & Olinda California Muni | A | Interest | K | T | | | | | |
| 53. - Burlingame California Muni | B | Interest | K | T | | | | | |
| 54. - California State Dept Muni | B | Interest | | | Sold | 11/25/14 | K | A | |
| 55. - California State Economic Muni | B | Interest | K | T | | | | | |
| 56. - Campbell California Un High Sch Dist Muni | A | Interest | K | T | | | | | |
| 57. - Clark County Nevada Hwy Muni | B | Interest | K | T | | | | | |
| 58. - Contra Costa California Water District Muni | B | Interest | K | T | | | | | |
| 59. - Corona-Norco California Uni School District Muni | B | Interest | | | Sold | 09/01/14 | K | | |
| 60. - Kane Kendall Muni | A | Interest | K | T | | | | | |
| 61. - Los Angeles California Cmnty College Muni | A | Interest | K | T | | | | | |
| 62. - Los Angeles County California Muni | B | Interest | | | Sold | 07/01/14 | K | | |
| 63. - Metropolitan Water District SoCal Muni | B | Interest | K | T | | | | | |
| 64. - San Jose California Uni School District Muni | B | Interest | K | T | | | | | |
| 65. - Saugus California Uni Sch Dist Muni | B | Interest | K | T | | | | | |
| 66. - Simi Valley California Muni | B | Interest | K | T | | | | | |
| 67. - Southern California Public Muni | B | Interest | K | T | | | | | |
| 68. - William S Hart California Muni | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - California St Dept Wtr Res Pwr Muni | A | Interest | K | T | Buy | 09/02/14 | K | | |
| 70. - Chula Vista California Elem Sch Dis Muni | | None | K | T | Buy | 11/24/14 | K | | |
| 71. - Long Beach California Hbr Muni | A | Interest | K | T | Buy | 09/04/14 | K | | |
| 72. - Los Angeles California Dept Water Muni | A | Interest | K | T | Buy | 02/24/14 | K | | |
| 73. - San Diego California Pub Muni | A | Interest | K | T | Buy | 06/30/14 | K | | |
| 74. - Wiseburn California Sch Dis Muni | | None | K | T | Buy | 12/29/14 | K | | |
| 75. **** Schwab IRA #3 (H) | | | | | | | | | |
| 76. - PIMCO Total Return Fund | A | Dividend | | | Sold | 09/30/14 | J | | |
| 77. - Wells Fargo Advantage Government Sec A | A | Int./Div. | J | T | Sold (part) | 06/23/14 | J | | |
| 78. - Metropolitan West Total Return Bond I | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 79. **** Schwab IRA #4 (H) | | | | | | | | | |
| 80. - Wasatch Long/Short | A | Dividend | J | T | Sold (part) | 06/20/14 | J | A | |
| 81. ****BofA Trust Number #1 (No personal income) (H) | D | Dividend | O | T | | | | | |
| 82. - Dividend Income Common Trust Fund | B | Dividend | L | T | | | | | |
| 83. - High Quality Core Common Trust Fund | A | Dividend | K | T | Redeemed (part) | 07/03/14 | J | A | |
| 84. - Strategic Growth Common Trust Fund | A | Dividend | L | T | | | | | |
| 85. - Mid Cap Growth CTF | A | Dividend | K | T | Redeemed (part) | 07/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Mid Cap Value CTF | A | Dividend | K | T | Redeemed (part) | 07/03/14 | J | B | |
| 87. - IShares Core S&P Mid Cap ETF | A | Dividend | K | T | | | | | |
| 88. - Small Cap Growth Leaders CTF | A | Dividend | J | T | Redeemed (part) | 03/05/14 | J | A | |
| 89. - Small Cap Value CTF | A | Dividend | J | T | | | | | |
| 90. - IShares Russell 2000 ETF | A | Dividend | J | T | Sold (part) | 03/05/14 | J | A | |
| 91. - International Focused Equity Common Trust Fund | A | Dividend | K | T | Redeemed (part) | 07/03/14 | J | A | |
| 92. - Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | | | | | |
| 93. - Emerging Markets Stock Common Trust Fund | A | Dividend | K | T | Buy (add'l) | 03/05/14 | K | | |
| 94. - Vanguard FTSE Emerging Markets ETF | | | | | Sold | 03/05/14 | K | | |
| 95. - Crossover Fixed Income Common Trust Fund | B | Dividend | L | T | | | | | |
| 96. - Templeton Global Bond Fund Advisor CL | A | Dividend | J | T | Buy (add'l) | 03/05/14 | J | | |
| 97. - Columbia High Yield Muni Fund | | | | | Sold | 03/05/14 | K | | |
| 98. - Ivy Asset Strategy Fund | A | Dividend | K | T | Buy (add'l) | 03/05/14 | J | | |
| 99. - Permanent Portfolio | | | | | Redeemed | 03/05/14 | J | | |
| 100. - Pimco All Asset All Auth Fund | | | | | Redeemed | 03/05/14 | K | | |
| 101. - Vanguard REIT | B | Dividend | K | T | Sold (part) | 07/03/14 | J | A | |
| 102. - Powershares DB Commodity Index Fund | | None | K | T | Buy (add'l) | 07/03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Pimco High Yield Fund | A | Dividend | K | T | Buy | 03/05/14 | K | | |
| 104. - Goldman Sachs Strategic Income Fund | A | Dividend | K | T | Buy | 03/05/14 | K | | |
| 105. ****Trust #2 BofA (No personal income) (H) | D | Dividend | N | T | | | | | |
| 106. - Strategic Growth CTF (formerly Large Cap Growth CTF) | A | Dividend | K | T | | | | | |
| 107. - Large Cap Value Quantitative Common Trust Fund | A | Dividend | K | T | | | | | |
| 108. - Mid Cap Growth CTF | A | Dividend | J | T | | | | | |
| 109. - Mid Cap Value CTF | A | Dividend | J | T | | | | | |
| 110. - Small Cap Growth Leaders CTF | A | Dividend | J | T | | | | | |
| 111. - Small Cap Value CTF | A | Dividend | J | T | | | | | |
| 112. - International Equity CTF | A | Dividend | J | T | | | | | |
| 113. -Emerging Markets Stock Common Trust Fund | A | Dividend | J | T | | | | | |
| 114. - MA Intermediate Tax Exempt Bond | C | Interest | M | T | | | | | |
| 115. - Rowe T Price International | A | Dividend | J | T | | | | | |
| 116. - Columbia High Yield Muni Fund | B | Int./Div. | K | T | | | | | |
| 117. - Ivy Asset Strategy Fund | A | Dividend | J | T | | | | | |
| 118. - Permanent Portfolio | A | Dividend | J | T | | | | | |
| 119. - Pimco All Asset All Auth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   - Vanguard REIT | A | Dividend | J | T | | | | | |
| 121.   - Powershares DB Commodity Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Similar to the previous year and following the FDR filing intructions relating to security issues, I am not listing account numbers for banks, brokerage accounts, and trusts. Instead, I have designated the accounts by numbers, e.g., "Wells Fargo Checking #1". Thus, the description for these assets in this 2013 reporting will be different from the 2012 reporting.

To simplify the organization of the report, and to make yearly updates easier under Part VII, investment accounts with multiple investments will have the investment firm name and designated number listed first, preceded with four (4) asterisks. Next, the underlying investments are listed in the lines thereafter, preceded by a hyphen, as shown below:

****Account Name #1
-Large Cap Fund
-Small Cap Fund
-Mid Cap Fund

Two trusts referred to in this report are as follow:

1. Trust #2: Trust #2 was created       December 15, 1976. It became irrevocable on   death in 1990 and divided into three shares. The trustee has discretion to pay the income and principal of my share to me,       .

2. Trust #1: Trust #1 was formed by     in 1976 and became irrevocable on  death in 1987. On  death the property was divided into equal shares for       me. The trustee has discretion to pay some or all of the net income or principal of my share to me,       . The trust terminates on the death of me       .

3. The income of both trusts was paid by the trustee in 2012 to       . At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston, and then Bank of America acquired Fleet, and became the trustee of the above trusts. The trusts were also subdivided into distinct trusts       of the grantors, so that there is now a distinct trust for me       under the same trust instruments. Report is not made here of sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Noonan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544